JEROME N JONES<br>
JNJ & VDJ INC<br>
1548 S STILLMAN STREET<br>
PHILADELPHIA PA 19146<br>
215-271-8485 (H)<br>
267-825-3112 ©<br>
email:jnjvdjinc2@verizon.net

August 1, 2019

To : U.S. BANKRUPTCY COURT

CASE NO. 16-14331-ELF

RE- ORDER: TRUSTEE'S MOTION TO DISMISS TO DISMISS CASE

    I am three years into my Chapter 13, with two years remaining, I was trying to contact my trustee to get a copy of the missing payments, but no response. In the month of November 2017 I was fired from my job Pacifico Ford valet parking for no reason, so I immediately filed for Unemployment which was denied by my employer.. I filed an appeal and I won my case, which made it possible for me to maintain my payment schedule until the end of 2018.

    The delinquency shows me $2004 in missed payments. My records doesn't show that, therefore, I'm requesting a list from the trustees office showing all missed payments so I can compare to my list.

    I am 74 (seventy four) years old with a lot of medical conditions and doctors bills. My plan what I would like to do is sell my rental property which is in the Chapter 13 and pay off all my debt, both to my creditors. This will give me a fresh start, and able to live comfortable for the rest of my life.

    Thanking you in advance for your consideration.

Cc

Willian C Miller, Trustee

JEROME N JONES

*[signature]*

AUG 5 2019